US-283CW

FILED

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

CW

1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name ___FLETCHER___ ___SHAWN___
       (Last)              (First)              (Initial)

3  Prisoner Number ___H-10330___

4  Institutional Address ___P.O. Box 4000,  14-S-5Low___

5  Vacaville ,CA 95696-4000

6  ==================================================

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8  SHAWN FLETCHER
   (Enter the full name of plaintiff in this action.)

   CV 08    0287

9                  )
                   )
              vs.  )
10                 )    Case No. _____
   TOM CAREY, BOARD OF PRISON TERMS )    (To be provided by the clerk of court)
11                 )
                   )    **PETITION FOR A WRIT**
12                 )    **OF HABEAS CORPUS**
                   )
13                 )
                   )
14  (Enter the full name of respondent(s) or jailor in this action) )
                   )
15  ==================================================

16          Read Comments Carefully Before Filling In

17  When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19  counties:  Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Montérey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.  You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties.  Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located.  If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined.  Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are.  This usually means the Warden or

3  jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1.  What sentence are you challenging in this petition?   Illegal confinement beyond
    statutory maximum, excessive punishment and operating under violated proc.
12          (a)    Name and location of court that imposed sentence (for example; Alameda

13              County Superior Court, Oakland):

14              ALAMEDA COUNTY Superior Court _____    _____

15              Court                              Location

16          (b)    Case number, if known ____99879(A)_____

17          (c)    Date and terms of sentence _9/12/91  25 years to life_____

18          (d)    Are you now in custody serving this term? (Custody means being in jail, on

19              parole or probation, etc.)/        Yes _X_    No _____

20              Where?

21              Name of Institution: _California State Prison Solano_____

22              Address: _P.O. Box 4000    Vacaville, CA 95696-4000_____

23      2.  For what crime were you given this sentence?  (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  __First degree murder, firearm enhancement_____

27  _____

28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3.  Did you have any of the following?

    Arraignment:                    Yes __X__     No _____

    Preliminary Hearing:        Yes __X__     No _____

    Motion to Suppress:        Yes __X__     No _____

4.  How did you plead?

    Guilty _____    Not Guilty __X__    Nolo Contendere _____

    Any other plea (specify) _____

5.  If you went to trial, what kind of trial did you have?

    Jury __X__    Judge alone_____    Judge alone on a transcript _____

6.  Did you testify at your trial?         Yes _____    No __X__

7.  Did you have an attorney at the following proceedings:

    (a)    Arraignment            Yes _X__     No _____

    (b)    Preliminary hearing    Yes _X__     No _____

    (c)    Time of plea            Yes _X__     No _____

    (d)    Trial                  Yes _X__     No _____

    (e)    Sentencing             Yes _X__     No _____

    (f)    Appeal                 Yes _X__     No _____

    (g)    Other post-conviction proceeding    Yes _____    No __X__

8.  Did you appeal your conviction?       Yes _____    No _____

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal         Yes __X__     No _____

            Year: __1992__    Result:__Denied_____

            Supreme Court of California    Yes _____    No _____

            Year: _____    Result:_____

            Any other court          Yes _____    No _____

            Year: _____    Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

1   petition?                          Yes _____    No__x__

2   (c)   Was there an opinion?        Yes _____    No_____

3   (d)   Did you seek permission to file a late appeal under Rule 31(a)?

4                                      Yes _____    No__n/a_

5   If you did, give the name of the court and the result:

6   _____

7   _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?        Yes __x__    No_____

10   [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition.  You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15   U.S.C. §§ 2244(b).]

16   (a)   If you sought relief in any proceeding other than an appeal, answer the following

17        questions for each proceeding.  Attach extra paper if you need more space.

18   I.    Name of Court: _California State Supreme Court_____

19        Type of Proceeding: __Habeas Corpus Petition_____

20        Grounds raised (Be brief but specific):

21        a._____see attached sheet_____

22        b._____see attached sheet_____

23        c._____

24        d._____

25        Result: _Denied_____Date of Result:_6/14/06_

26   II.   Name of Court: _____

27        Type of Proceeding: _____

28        Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

9. (a) I., a.  Petitioner contends that he is being deprived of his liberty interest right to regain his freedom by a deliberate denial of the constitution by the Board of Prison Terms, the majority of the state court's, the former and present governor in violation of precedent case citation from the United States Supreme Court as the supreme law of the land which governs all lower court when a conflict within the law

b.  Petitioner contends that the California parole procedures used to deny parole eligibility violates the Federal Constitution and seeks declaratory and injunction relief from such illegal procedures

1               a._____

2               b._____

3               c._____

4               d._____

5               Result: _____Date of Result:_____

6       III.    Name of Court: _____ n/a _____

7               Type of Proceeding: _____

8               Grounds raised (Be brief but specific):

9               a._____

10              b._____

11              c._____

12              d._____

13              Result: _____Date of Result:_____

14      IV.    Name of Court: _____

15              Type of Proceeding: _____

16              Grounds raised (Be brief but specific):

17              a._____

18              b._____

19              c._____

20              d._____

21              Result: _____Date of Result:_____

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                          Yes _____    No__ x __

24        Name and location of court: _____

25  B. GROUNDS FOR RELIEF

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS     - 5 -

need more space.  Answer the same questions for each claim.

[Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One:  PETITIONER HAS BEEN DENIED HIS DUE PROCESS RIGHTS BY THE BOARD OF PRISON TERMS UNDER THE 14th AMEND. AND THE CALIFORNIA CONST. BY NOT CONSIDERING POST CONVICTION FACTORS TOWARDS SUITABILITY AS A LIBERTY INTEREST

Supporting Facts:  The board did not properly consider the reports given by the psychologist and the counselor. All reports have been form different ones  and have been favorable towards showing petitioner is suitable for parole, since his incarceration. All relevant information should be considered.

Claim Two:  PETITIONER CONTENDS THAT CALIFORNIA PAROLE PROCEDURES USED TO DENY PAROLE ELIGIBILITY VIOLATES THE FEDERAL CONST. AND SEEKS DECLARATORY AND INJUNCTION RELIEF FROM SUCH ILLEGAL PROCEDURES

Supporting Facts: The Chairman Directive 7520 and 7530 as well as the Matrix Law used by the board is binding legal law and guidelines for the state courts and the board to follow when dealing with the life prisoners who have the possibility of parole. Under the Determinate Sentencing Law there is a provision for fixing a date  and the release from proison.

Claim Three:_____

_____

Supporting Facts:_____

_____

_____

_____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

A Judicial Notice was requested in the State PSupreme Court of California in Case No. S133172

_____

_____

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3    of these cases:

4    In re Rosenkrantz (2002) DJDAR 727 (01-189-02)  Cal.App.4th; In re Ramirez

5    94 Cal.App.4th 549; Greenholtz v Nabraska Penal Inmates 442 U.S. !; Board

6    of Pardons v Allen 482 U.S. 369; McQuillion v Duncan 306 F.3d 895

     In re Minnis 7 Cal.3d 639; In re Shoengrath 66 Cal.2d 245

7    Do you have an attorney for this petition?                    Yes____    No__X__

8    If you do, give the name and address of your attorney:

9    _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on _Jan 6, 2008_          _Shaun Fletcher_

14                    Date                        Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS        - 7 -



SHAWN FINN ATTR. H-10335
P.O. BOX 40
REPRESA
C. 8-12 S
CA 95671-0040

NORTHERN DISTRICT COURT OF APPEALS
U.S. COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIF. 94102-3483

RECEIVED
'08 JAN -8 P3:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA