FILED
08 MAR -4 PM 3:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHAWN FLETCHER           Plaintiff,

vs.

TOM CAREY, (WARDEN) BOARD OF
PRISON TERMS

                         Defendant.

CASE NO. CV 08-0287 CW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Shawn Fletcher__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __n/a__                    Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4          Was not employed prior to imprisonment
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                 Yes ____ No _X_
10         self employment
11     b.    Income from stocks, bonds,             Yes ____ No _X_
12         or royalties?
13     c.    Rent payments?                            Yes ____ No _X_
14     d.    Pensions, annuities, or                   Yes ____ No _X_
15         life insurance payments?
16     e.    Federal or State welfare payments,       Yes ____ No _X_
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21     N/A _____
22 _____
23 3.    Are you married?                                Yes _X_ No ____
24 Spouse's Full Name:   Simone Elizabeth Beauford
25 Spouse's Place of Employment:   unknown
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $   unknown           Net $   unknown
28 4.   a.   List amount you contribute to your spouse's support:$  0

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5    n/a
6
7  5.   Do you own or are you buying a home?     Yes ____ No _X_
8  Estimated Market Value: $_____n/a_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?     Yes ____ No _X_
10 Make _____n/a_____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____n/a_____
15
16 Present balance(s): $ __n/a__
17 Do you own any cash? Yes _X_ No ____ Amount: $ 120.00
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20
21 8.   What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ 60.00     Clothing: 60.00 (hygiene)
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26   n/a     $ _____     $ _____
27 _____   $ _____     $ _____
28 _____   $ _____     $ _____ 9.   Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do not include account numbers.)
3 _____n/a_____
4 _____

5 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?   Yes ___   No _X_
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 California State Supreme Court Case No. S136080
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16 _February 25, 2008_                    _____[signature]_____
17           DATE                              SIGNATURE OF APPLICANT

SHANIA FLETCHER H40330
P.O. Box 4000 14·S·5low
Vacaville, Calif. 95696-4000
C.S.P. Solano

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OAKLAND CA 945
29 FEB 2008 PM 2 L