UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN FLETCHER,<br><br>          Plaintiff,<br><br>   v.<br><br>TOM CAREY, et al,<br><br>          Defendant._____/ | Case Number: CV08-00287 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the Petition and Order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Attorney General
State of California
**455** Golden Gate Ave.
San Francisco, CA 94102

Dated: August 25, 2008

                              Richard W. Wieking, Clerk
                              By: Kelly Collins, Deputy Clerk