OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, 400 S. TOWER
OAKLAND, CALIFORNIA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITED STATES POSTAGE
02 1A          $ 01.17⁰
0004333787    AUG 26 2008
MAILED FROM ZIP CODE 94612
PITNEY BOWES

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

FOU

Board of Prison Terms
1515 K St, Suite 600
Sacramento, CA 95814

FILED
AUG 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND