IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN FLETCHER,

    Petitioner,

  v.

TOM CAREY, et al.,

    Respondents.
                                      /

No. C 08-0287 CW (PR)

ORDER OF DISMISSAL

    On September 29, 2009, the Court issued an Order dismissing the petition with leave to amend and gave Petitioner thirty days from the date of the Order to file an amended petition alleging that he has exhausted his state judicial remedies with respect to his April 6, 2006 parole consideration hearing. Failure to timely file an amended petition would result in dismissal without prejudice for failure to exhaust. The time for Petitioner to file his amended petition has passed, and no amended petition has been filed. Accordingly,

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus in the above-captioned action is dismissed without prejudice for failure to exhaust.

    All pending motions are TERMINATED. The Clerk of the Court shall enter judgment in accordance with this Order and close the file.

    IT IS SO ORDERED.

Dated: 12/28/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHAWN FLETCHER,

        Plaintiff,

v.

TOM CAREY et al,

        Defendant.

Case Number: CV08-00287 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawn Fletcher H-10330
P.O. Box 4000 14-S-5Low
Vacaville, CA 95696-4000

Dated: December 28, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk